UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA, :

-v- : 11 Cr. 248 (DLC)

GLORIA ROBINSON, :

Defendant. :
- - - - - - - - - - - - - - - X

**GOVERNMENT'S SENTENCING SUBMISSION**

PREET BHARARA
United States Attorney for the
Southern District of New York,
Attorney for the United States
of America

Timothy D. Sini
Laurie A. Korenbaum
Assistant United States Attorneys
- Of Counsel -



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2012

**BY HAND DELIVERY TO CHAMBERS**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

Re: United States v. Gloria Robinson,
11 Cr. 248 (DLC)

Dear Judge Cote:



Honorable Denise L. Cote
July 27, 2012
Page 2

[redacted]

Honorable Denise L. Cote
July 27, 2012
Page 3



Honorable Denise L. Cote
July 27, 2012
Page 4

Honorable Denise L. Cote
July 27, 2012
Page 5



Honorable Denise L. Cote
July 27, 2012
Page 6

Honorable Denise L. Cote
July 27, 2012
Page 7

[redacted]

Honorable Denise L. Cote
July 27, 2012
Page 8



Honorable Denise L. Cote
July 27, 2012
Page 9

Honorable Denise L. Cote
July 27, 2012
Page 10

Honorable Denise L. Cote
July 27, 2012
Page 11

[redacted]

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ______________________________
Timothy D. Sini
Laurie A. Korenbaum
Assistant United States Attorneys
Tel: (212) 637-2358/2266

cc: Priya Chaudhry, Esq. (via e-mail)
[redacted]